UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WARREN T. YEAKEY, | Civil No. 3:11-CV-05272-KLS |
| Plaintiff, | |
| v. | ORDER OF REMAND AND JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) obtain a mental status evaluation, and further consider and evaluate Plaintiff's mental impairments; (2) reevaluate the medical source evidence and opinions, including those of John Kooiker, M.D.; (3) evaluate evidence of Jennifer Bowes and Erin Nottingham, ARNP; (4) consider the effects of Plaintiff's medications, including narcotics, and the impact on his ability to perform work-related activities; (5) reevaluate

Plaintiff's credibility; and (6) continue with the sequential evaluation process, obtaining medical expert testimony and supplemental vocational expert testimony if warranted.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 17th day of November, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS, WSB# 40807
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA 98104-7075
Phone: (206) 615-3858
Fax: (206)615-2531
lisa.goldoftas@ssa.gov

Page 2   ORDER OF REMAND AND JUDGMENT
[3:11-CV-05272-KLS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S
221A
Seattle, Washington 98104-7075