UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WARREN T. YEAKEY, | |
|     Plaintiff, | CASE NO. 3:11-cv-05272-KLS |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER FOR<br>EAJA COSTS AND FEES |
|     Defendant. | |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees [ECF #23] and the defendant's response [ECF # 25] having no objection, it is hereby ORDERED that costs in the amount of $350.00 and attorney fees and expenses in the amount of $2,977.73 for a total amount of $3, 327.72 , be awarded to plaintiff.

DATED this 19th day of December, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Matt A. Renda
WSBA #31155
Law Office of Matt A. Renda
901 South I St., Suite 202
Tacoma, WA 98405
Telephone: (253) 756-9696
Fax: (253)383-3209
E-mail: mrenda2000@yahoo.com